Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Beckner Performance Transport, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 8 – 1 2 5 1 9 4 6 | |
| **4. Debtor's address** | **Principal place of business** c/o Boyd Beckner 403 Skyline Number   Street Victoria, TX 77905 City           State   ZIP Code Victoria County | **Mailing address, if different from principal place of business** Number   Street City           State   ZIP Code **Location of principal assets, if different from principal place of business** Number   Street City           State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  __Beckner Performance Transport, LLC_____   Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>_4_ _8_ _4_ _1_ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. Check **all** that apply:<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>　　　　District _____ When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Debtor  **Beckner Performance Transport, LLC**　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　　　　　　　　　　Number　Street<br>　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　City　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| 15. Estimated assets | ☑ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   Beckner Performance Transport, LLC   Case number *(if known)* _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/17/2023
              MM/ DD/ YYYY

X   /s/ Boyd Beckner                                    Boyd Beckner
Signature of authorized representative of debtor        Printed name

Title           Managing Member

**18. Signature of attorney**

X   /s/ Gabe Perez                           Date   12/17/2023
Signature of attorney for debtor                    MM/ DD/ YYYY

Gabe Perez
Printed name

Zendeh Del & Associates, PLLC
Firm name

1813 61st Street 101
Number     Street

Galveston                          TX          77551
City                               State       ZIP Code

(409) 740-1111                     gabe@zendehdel.com
Contact phone                      Email address

24099475                           TX
Bar number                         State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                                      $0.00
   b. Total debts (including debts listed in 2.c., below)                               $64,323.51
   c. Debt securities held by more than 500 holders

                                                                                        Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business         Transportation, trucking.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

## RESOLUTION OF BECKNER PERFORMANCE TRANSPORT, LLC, TO FILE CHAPTER 7 BANKRUPTCY PROCEEDING

WHEREAS BECKNER PERFORMANCE TRANSPORT, LLC, ("BECKNER PERFORMANCE TRANSPORT, LLC" and/or the "Company") is currently facing litigation in Harris County, Texas, namely cause No. I200790, styled: Big Bill's Trucks, LLC v. Boyd Beckner, et. al., and WHEREAS, it would be in the best interests of BECKNER PERFORMANCE TRANSPORT, LLC to file a *Voluntary Petition for Relief* (the "*Petition for Relief*") under Chapter 7 of the Bankruptcy Code, it is RESOLVED as follows:

That the Company shall file as soon as practicable a *Petition for Relief* in accordance with Chapter 7 of the United States Bankruptcy Code (the "*Code*").

The undersigned hereby certifies that he is the managing member and the custodian of the books and records and seal of BECKNER PERFORMANCE TRANSPORT, LLC, a Texas Limited Liability Company formed pursuant to the laws of the State of Texas, and that the foregoing is a true record of a Resolution duly adopted at a special meeting of members and that said meeting was held in accordance with State law and applicable operating agreement of the above-named Company, and that this Resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Director and have hereunto affixed the corporate seal of the above-named Company this 16 day of December 2023.

_____
Boyd Beckner, Managing Member

Sworn to and subscribed before me on December 16, 2023.

[SEAL]
CHRISTINE TOVAR
Notary Public, State of Texas
Comm. Expires 08-10-2026
Notary ID 131677425

_____
NOTARY PUBLIC

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Beckner Performance Transport, LLC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................  $3,000.00

   Prior to the filing of this statement I have received ....................................................................  $3,000.00

   Balance Due ................................................................................................................................  $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/17/2023 | /s/ Gabe Perez |
|---|---|
| *Date* | Gabe Perez |
| | *Signature of Attorney* |
| | Bar Number: 24099475 |
| | Zendeh Del & Associates, PLLC |
| | 1813 61st Street 101 |
| | Galveston, TX 77551 |
| | Phone: (409) 740-1111 |
| | |
| | Zendeh Del & Associates, PLLC |
| | *Name of law firm* |

Boyd Beckner
403 Skyline
Victoria, TX 77905

Big Bill's Trucks, LLC
16220 Air Center Blvd.
Houston, TX 77032

Internal Revenue Service
P.O. Box 7346
P.O. Box 7346
Philadelphia, PA 19101

Shonda Jones
15402 Vantage Parkway East 322
Houston, TX 77032

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711

Victoria County Tax Assessor
205 N Bridge Street 101
Victoria, TX 77901

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE: **Beckner Performance Transport, LLC**  CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____12/17/2023_____   Signature _____/s/ Boyd Beckner_____

Boyd Beckner, Managing Member